UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS WRIGHT,<br><br>      Plaintiff,<br><br>  -against-<br><br>BRONX CRIMINAL COURT; DEPARTMENT OF CORRECTIONS; WARDEN; BRONX LEGAL AID SOCIETY; BRONX RYER AVE PRECINCT; SUSAN LAURIE GANS; MICHAEL FINEMAN,<br><br>      Defendants. | 25 CIVIL 2683 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 1, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 4, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge