UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCUS C. WRIGHT,

                Plaintiff,

-against-

BRONX CRIMINAL COURT, ET AL.,

                Defendants.

25-CV-2683  (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff's motion for an extension of time to file a notice of appeal is denied as unnecessary. Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure requires a notice of appeal in a civil case to be filed within 30 days of entry of judgment. *See* Fed. R. App. P. 4(a)(1)(A). Judgment was entered on April 4, 2025 (ECF 4), and Plaintiff's notice of appeal was signed on April 18, 2025 (ECF 5), and presumably given to prison officials for mailing on the same date. Because the appeal is timely, the Court denies Plaintiff's motion for an extension of time to appeal. The Clerk of Court is directed to terminate this motion (ECF 6).

SO ORDERED.

Dated:   April 29, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge